# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Rydell and Judith Rydell,<br><br>Plaintiffs,<br><br>vs.<br><br>Client Services, Inc.,<br><br>Defendant. | Civil No. 09-3331 (RHK/FLN)<br><br>**ORDER** |

Pursuant to the parties' Stipulation (Doc. No. 5), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 14, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge